Barbara A. Solomon (BAS 8845)
Michael Chiappetta (MC 7644)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, NY 10017
(212) 813-5900
Attorneys for Plaintiff Chanel, Inc.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

CHANEL, INC.,

            Plaintiffs,

v.

TENG DA TRADING INC, XIANG YUAN FAN
a/k/a SHAWN FAN and JOHN DOES 1-10

            Defendants.

---------------------------------------x

Civil Action No. _____

F.R.C.P. RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Chanel, Inc. states that there are no corporate or other parents, subsidiary or affiliates of plaintiffs, securities or other interests in which 10% of stocks are publicly held.

Dated: New York, New York
      December 7, 2007

FROSS ZELNICK LEHRMAN
& ZISSU, P.C.

By: _____
    Barbara Solomon
    Michael Chiappetta
866 United Nations Plaza
New York, New York 10017
(212) 813-5900

{F0145012 1}