UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHANEL, INC.,

                      Plaintiff(s),                  CASE NO. 07 CV 11113

    -against-                                 **AFFIDAVIT OF SERVICE**

TENG DA TRADING, INC., **ET AL.**,

                      Defendant(s).
------------------------------------------------------------X
STATE OF NEW YORK   )
                            s.s :
COUNTY OF NEW YORK  )

      JASON AGEE, being duly sworn, deposes and says that he an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

      That on the 12th day of December, 2007, at approximately 4:56 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE ; JUDGE'S RULES; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE (Blank Form); ECF FILING INSTRUCTIONS and COMPLAINT** upon Xiang Yuan Fan a/k/a Shawn Fan c/o Teng Da Trading, Inc. at 140 West 29th Street, New York, New York by personally delivering and leaving the same with Xiang Yuan Fan, at that address. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.

      Xiang Yuan Fan is an olive-skinned Asian male, approximately 30 years of age, is approximately 5 feet and 6 inches tall, weighs approximately 140 pounds, with medium length black hair and was wearing glasses.

Sworn to before me this
13th day of December, 2007

                                                   JASON AGEE #1196790

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010