Arlana S. Cohen (AC-9034)
C.J. Erickson (CE-6604)
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 790-9237
Fax: (212) 575-0671
Attorneys for Defendants
Teng Da Trading USA Inc. and
Xiang Yuan Fan a/k/a Shawn Fan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
CHANEL, INC.,

                Plaintiff,

       -against-

TENG DA TRADING INC., XIANG YUAN FAN a/k/a
SHAWN FAN and JOHN DOES 1-10

                Defendants.
------------------------------------------------------------------ x

07 CV 11113 (NRB) (GWB)

**F.R.C.P. RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Teng Da Trading USA Inc. and Xiang Yuan Fan a/k/a Shawn Fan states that there are no corporate or other parents, subsidiary or affiliates of defendants, securities or other interests in which 10% of stocks are publicly held.

Dated: New York, New York
       December 27, 2007

                                Respectfully submitted,

                                COWAN, LIEBOWITZ & LATMAN, P.C.

                                By: _____
                                Arlana S. Cohen (AC-9034)
                                C.J. Erickson (CE-6604)
                                1133 Avenue of the Americas
                                New York, New York 10036
                                Tel: (212) 790-9237
                                Fax: (212) 575-0671
                                Attorneys for Defendants
                                Teng Da Trading USA Inc. and
                                Xiang Yuan Fan a/k/a Shawn Fan