UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x
CHANEL, INC.,

                Plaintiff,

       -against-

TENG DA TRADING INC., XIANG YUAN FAN a/k/a SHAWN FAN and JOHN DOES 1-10

                Defendants.

------------------------------------------------------------------------- x

ECF Case

**07 CV 11113 (NRB) (GWB)**

<u>**NOTICE OF APPEARANCE**</u>

FILED ELECTRONICALLY

      PLEASE TAKE NOTICE that the undersigned appears as attorney for defendants herein, and request that copies of all papers in this action be served upon him at the address stated below.

Dated: New York, New York
       April 30, 2008

                          COWAN, LIEBOWITZ & LATMAN, P.C.

                          By:   /s/ Eric J. Shimanoff

                              Eric J. Shimanoff (ES 4558)

                          1133 Avenue of the Americas
                          New York, New York 10036
                          212-790-9200

                          *Attorney for Defendants*

26990/001/828985.1