UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

CHANEL, INC.,

                Plaintiffs,

v.

TENG DA TRADING INC, TENG DA TRADING
USA INC, XIANG YUAN FAN a/k/a SHAWN
FAN and JOHN DOES 1-10

                Defendants.
--------------------------------------------------------x

Civ. No. 07cv11113 (NRB)(GWG)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08

## STIPULATION

This Stipulation is entered into by and between Plaintiff Chanel, Inc. ("Plaintiff") and defendants Teng Da Trading USA Inc. (successor-in-interest to defendant Teng Da Trading Inc.) and Xiang Yuan Fan a/k/a Shawn Fan ("Defendants") (collectively, the "Parties") with respect to Plaintiff's First Amended Complaint submitted herewith. Further to the Court's Order during the phone conference with the Parties on May 7, 2008, the Parties hereby stipulate that Plaintiff may file the First Amended Complaint attached hereto as Exhibit A. The Parties further stipulate that Defendants' answer to the First Amended Complaint is due June 7, 2008.

    IT IS SO STIPULATED.

Dated: New York, New York
        May 8, 2008

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
   Barbara A. Solomon (BAS 8845)
Michael Chiappetta (MC 7644)
866 United Nations Plaza
New York, New York 10017
Tel: (212) 813-5900

Attorneys for Plaintiff Chanel, Inc.

{F0286132.1}

Dated: New York, New York  
       May 8, 2008

COWAN, LIEBOWITZ & LATMAN, P.C.

By: _____  
    Arlana S. Cohen (AC 9034)  
Eric J. Shimanoff (ES 4558)  
1133 Avenue of the Americas  
New York, New York 10036  
Tel: (212) 790-9200

Attorneys for Defendants Teng Da Trading USA Inc. and Xiang Yuan Fan a/k/a Shawn Fan

**SO ORDERED:**

_____  
U.S.D.J.   5/12/08

{P0346192.1}2