Arlana S. Cohen (AC-9034)
Eric J. Shimanoff (ES-4558)
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY 10036
(212) 790-9200
Attorneys for Defendants
Teng Da Trading USA, Inc. and
Xiang Yuan Fan a/k/a Shawn Fan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

CHANEL, INC.,                                      :

               Plaintiff,                    :

               -against-                     :   07 CV 11113 (NRB)

TENG DA TRADING, INC., TENG DA TRADING     :   **Rule 7.1 STATEMENT**
USA, INC., XIANG YUAN FAN a/k/a SHAWN
FAN and JOHN DOES 1-10,                            :

               Defendants.                 :

                                                                                          :
---------------------------------------------------------------- x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney for defendant Teng Da Trading USA, Inc., hereby certifies that defendant has no parent corporation and that there is no publicly held corporation that owns 10% or more of defendant's stock.

26990/001/832956.1

Dated: New York, New York
June 6, 2008

                    **COWAN, LIEBOWITZ & LATMAN, P.C.**

                    By:  /s/ Eric J. Shimanoff
                          Arlana S. Cohen (AC-9043)
                          Eric J. Shimanoff (ES-4558)
                  1133 Avenue of the Americas
                  New York, New York 10036
                  (212) 790-9200

                  Attorneys for Defendants Teng Da Trading USA,
                  Inc. and Xiang Yuan Fan a/k/a Shawn Fan

26990/001/832956.1